Form G-3 (20241101)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION        DIVISION

In re:  GuntyMcCarthy LLC

                                      Debtor(s)

)  Chapter  11
)
)  No.  26-03454
)
)  Judge  Daniel R. Fine

### NOTICE OF MOTION

TO:  See attached list

PLEASE TAKE NOTICE that on ___April 21, 2026___, at _10:00_ a.m. , I will appear before the Honorable _Daniel R. Fine_ ,, or any judge sitting in that judge's place, **either** in courtroom _619_ of the Everett McKinley Dirksen United States Courthouse 219 S. Dearborn Street, Chicago, IL 60604     **or** electronically as described below, and present the motion of _Creditor, CIBC Bank USA_ [to/for] _Relief from Automatic Stay_ , a copy of which is attached.

**Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

**To appear by Zoom using the internet**, go to this link:  https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.

**Meeting ID and passcode.**  The meeting ID for this hearing is _161 414 7941_ , and the passcode is _no passcode_ .  The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: _____

Martin D. Tasch
MOMKUS LLP
1001 Warrenville Road, Suite 500
Lisle, IL  60532 / Ph: 630-434-0400
Attorneys for Creditor, CIBC Bank USA
Attorney Registration No.:  6292610

## CERTIFICATE OF SERVICE

I, Cynthia Bednarski                    ,

[  ] an attorney, certify

        - or -

☒ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on _____March 24, 2026_____, at __5:00___ p.m.    *

_Cynthia Bednarski_
[Signature]

*All applicable boxes must be checked and all blanks filled in.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In RE: | ) | |
|     GuntyMcCarthy LLC | ) | |
| | ) | Case No.:  26-03454 |
| | ) | |
|     Debtors. | ) | Chapter 11 |
| | ) | |
| | ) | Judge Daniel R. Fine |

## SERVICE LIST

**Counsel for Debtor:**
William J. Factor
wfactor@wfactorlaw.com
**Via ECF/PACER system**

**Debtor:**
GuntyMcCarthy LLC
c/o James McCarthy
561 W. 58th Street
Hinsdale, IL 60521
**(Via regular mail)**

**Trustee:**
Janice H Seyedin
Janice Seyedin & Associates
jseyedin@janiceseyedininc.com
**Via ECF/PACER system**

**U.S. Trustee:**
Adam G. Brief
Office of the U. S. Trustee, Region 11
Ustpregion11.es.ecf@usdoj.gov
**Via ECF/PACER system**

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In RE: | ) | |
|    GuntyMcCarthy LLC | ) | |
| | ) | Case No.:  26-03454 |
| | ) | |
|    Debtors. | ) | Chapter 11 |
| | ) | |
| | ) | Judge Daniel R. Fine |

### MOTION FOR RELIEF FROM AUTOMATIC STAY

CIBC BANK USA, by its attorney, Martin D. Tasch, moves this Court for the entry of an Order granting relief from the Automatic Stay pursuant to the United States Bankruptcy Code, Section 362(d), and as cause for its motion states:

1.      On February 26, 2026, the Debtor, GuntyMcCarthy LLC, dba Law Offices of Gunty & McCarthy, filed the instant case pursuant to 11 U.S.C. Chapter 11.  CIBC Bank USA ("CIBC") is a secured creditor by virtue of a Promissory Note secured by a Security Agreement and filed UCC1's.  The collateral consists of all of Debtor's assets, including accounts.

2.      The Loan is documented by a Promissory Note dated January 12, 2025, executed by Debtor.  It is attached as Exhibit 1.  The Commercial Security Agreement, dated June 29, 2023, is attached as Exhibit 2.  The filed and recorded UCC1's are attached as Exhibit 3, which includes the name change from James P. McCarthy, LLC to GuntyMcCarthy LLC.

3.      The Note matured and was due to be paid in full on January 11, 2026, prior to the bankruptcy filing. Exhibit 1, p. 1.  The Note is in default and full payment was due prior to this filing.

4.      Debtor, a law firm, is presumably using CIBC's collateral, including accounts, without permission.  CIBC has no adequate protection, nor has Debtor offered any.  CIBC is entitled to relief pursuant to 11 U.S.C. 362(d)(1).  Specifically, CIBC should be permitted to

1

exercise its state law rights and remedies to all of Debtor's assets, including accounts.  Attached

as Exhibit 4 is the Required Statement to Accompany Motions for Relief from Stay.

WHEREFORE, CIBC Bank USA requests that an Order be entered in this cause

terminating or modifying the automatic stay and granting the following relief:

A.      Relief from the Stay allowing CIBC Bank USA to proceed under applicable

nonbankruptcy law to enforce its remedies to with respect to Debtor's assets.

B.      Given the urgency of Debtor's possible unauthorized use of cash collateral, a

finding the 14 day stay described by Federal Rule of Bankruptcy Procedure 4001(a)(4) does not

apply.

C.      For such other relief as the court deems proper.

Respectfully Submitted,

CIBC BANK USA


BY:  _/s/ Martin D. Tasch_____
          One of its Attorneys


MOMKUS LLP
1001 Warrenville Road, Suite 500
Lisle, IL  60532
Ph: 630-434-0400; Fax: 630-434-0444
Attorneys for Creditor, CIBC Bank USA
Attorney Registration No.:  6292610

2